# Love Out Loud, LLC

## Balance Sheet

As of February 18, 2024

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| CHECKING (0107) - 1 | 277,745.77 |
| Love Out Loud (6179) - 3 | 501.00 |
| **Total Bank Accounts** | **$278,246.77** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 0.00 |
| **Total Accounts Receivable** | **$0.00** |
| Other Current Assets | |
| Prepaid Rent | 9,338.00 |
| **Total Other Current Assets** | **$9,338.00** |
| **Total Current Assets** | **$287,584.77** |
| Fixed Assets | |
| Accumulated depreciation | -9,592.00 |
| Furniture & fixtures | 37,500.00 |
| Gym | 0.00 |
| Improvements | 42,790.32 |
| **Total Fixed Assets** | **$70,698.32** |
| Other Assets | |
| Gym 2 | 0.00 |
| Security deposits | 32,500.00 |
| **Total Other Assets** | **$32,500.00** |
| **TOTAL ASSETS** | **$390,783.09** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Fundonatic | 0.00 |
| GCM | 74,629.99 |
| GCM 2 | 20,000.00 |
| Intuit Loan | 37,823.40 |
| QB 1 | -2,226.09 |
| Short-term business loans | 0.00 |
| **Total Other Current Liabilities** | **$130,227.30** |
| **Total Current Liabilities** | **$130,227.30** |

# Love Out Loud, LLC

## Balance Sheet

### As of February 18, 2024

|  | TOTAL |
|---|---|
| Long-Term Liabilities |  |
| Hope Centric | 310,496.29 |
| QB 2 | 42,883.53 |
| QB 3 | 53,321.72 |
| **Total Long-Term Liabilities** | **$406,701.54** |
| **Total Liabilities** | **$536,928.84** |
| Equity |  |
| Capital Stock | 500.00 |
| Gyms | -43,301.18 |
| Opening balance equity | 0.00 |
| Retained Earnings | -284,408.42 |
| Shareholders' equity |  |
| Contributions | 8,000.00 |
| Distributions | -29,212.00 |
| **Total Shareholders' equity** | **-21,212.00** |
| Net Income | 202,275.85 |
| **Total Equity** | **$ -146,145.75** |
| **TOTAL LIABILITIES AND EQUITY** | **$390,783.09** |

# Love Out Loud, LLC

## Statement of Cash Flows

December 16, 2021 - February 18, 2024

| | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -89,946.20 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Receivable (A/R) | 0.00 |
| Prepaid Rent | -9,338.00 |
| Accumulated depreciation | 9,592.00 |
| Fundonatic | 0.00 |
| GCM | 74,629.99 |
| GCM 2 | 20,000.00 |
| Intuit Loan | 37,823.40 |
| QB 1 | -2,226.09 |
| Short-term business loans | -10,000.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **120,481.30** |
| **Net cash provided by operating activities** | **$30,535.10** |
| **INVESTING ACTIVITIES** | |
| Furniture & fixtures | -37,500.00 |
| Gym | 0.00 |
| Improvements | -42,790.32 |
| Gym 2 | 0.00 |
| Security deposits | -32,500.00 |
| **Net cash provided by investing activities** | **$ -112,790.32** |
| **FINANCING ACTIVITIES** | |
| Hope Centric | 310,496.29 |
| QB 2 | 42,883.53 |
| QB 3 | 53,321.72 |
| Capital Stock | 500.00 |
| Gyms | -43,301.18 |
| Opening balance equity | -500.00 |
| Retained Earnings | 7,805.23 |
| Shareholders' equity:Contributions | 8,000.00 |
| Shareholders' equity:Distributions | -29,212.00 |
| **Net cash provided by financing activities** | **$349,993.59** |
| **NET CASH INCREASE FOR PERIOD** | **$267,738.37** |
| Cash at beginning of period | 10,508.40 |
| **CASH AT END OF PERIOD** | **$278,246.77** |

# Form 1120-S

**U.S. Income Tax Return for an S Corporation**

Department of the Treasury
Internal Revenue Service

Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
**Go to www.irs.gov/Form1120S for instructions and the latest information.**

OMB No. 1545-0123

**2022**

For calendar year 2022 or tax year beginning _____, 2022, ending _____

| | | |
|---|---|---|
| **A** S election effective date<br>1/01/2022 | | **D** Employer identification number<br>87-1044701 |
| **B** Business activity code number (see instructions)<br>621340 | **TYPE**<br>**OR**<br>**PRINT**<br>Love Out Loud LLC<br>3000 Illinois Ave.<br>Killeen, TX 76543-5371 | **E** Date incorporated<br>5/31/2021 |
| **C** Check if Schedule M-3 attached □ | | **F** Total assets (see instructions)<br>$  126,419. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☒ Yes ☐ No

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change
**(4)** ☐ Amended return  **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year .......... ▶ 2

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **I N C O M E** | **1 a** Gross receipts or sales ........................ | | **1 a** | 1,875,041. | |
| | **b** Returns and allowances ....................... | | **1 b** | | |
| | **c** Balance. Subtract line 1b from line 1a .................................. | | | **1 c** | 1,875,041. |
| | **2** Cost of goods sold (attach Form 1125-A) ................................ | | | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c ............................... | | | **3** | 1,875,041. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) .................... | | | **4** | |
| | **5** Other income (loss) (see instrs – att statement) .......................... | | | **5** | |
| | **6** Total income (loss). Add lines 3 through 5. ............................ | | | **6** | 1,875,041. |
| **D E D U C T I O N S   S E E   I N S T R S** | **7** Compensation of officers (see instructions – attach Form 1125-E) ................. | | | **7** | 111,292. |
| | **8** Salaries and wages (less employment credits) ........................... | | | **8** | 1,126,541. |
| | **9** Repairs and maintenance ............................................ | | | **9** | 16,362. |
| | **10** Bad debts ...................................................... | | | **10** | |
| | **11** Rents .......................................................... | | | **11** | |
| | **12** Taxes and licenses ............................................... | | | **12** | 122,346. |
| | **13** Interest (see instructions) ........................................... | | | **13** | 99,272. |
| | **14** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) .. | | | **14** | 9,592. |
| | **15** Depletion (Do not deduct oil and gas depletion.) ......................... | | | **15** | |
| | **16** Advertising ..................................................... | | | **16** | 2,575. |
| | **17** Pension, profit-sharing, etc., plans .................................... | | | **17** | |
| | **18** Employee benefit programs .......................................... | | | **18** | |
| | **19** Other deductions (attach statement) .................. See Statement 1 | | | **19** | 583,195. |
| | **20** Total deductions. Add lines 7 through 19. ▶ | | | **20** | 2,071,175. |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 ................. | | | **21** | -196,134. |
| **T A X   A N D   P A Y M E N T S** | **22a** Excess net passive income or LIFO recapture<br>tax (see instructions) .................... | **22a** | | | |
| | **b** Tax from Schedule D (Form 1120-S) ........... | **22b** | | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) .................... | | **22c** | | |
| | **23a** 2022 estimated tax payments and 2021 overpayment credited to 2022 .. | **23a** | | | |
| | **b** Tax deposited with Form 7004 .............. | **23b** | | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | | |
| | **d** Add lines 23a through 23c .......................................... | | **23d** | | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ......... ☐ | | **24** | | |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed ... | | **25** | | |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid .. | | **26** | | |
| | **27** Enter amount from line 26:   Credited to 2023 estimated tax _____   Refunded ▶ | | **27** | | 0. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | May the IRS discuss this return |
|---|---|---|
| Signature of officer | Date   Owner<br>Title | with the preparer shown below?<br>See instructions.  ☒ Yes ☐ No |

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name<br>L. Dale Ross CPA | Preparer's signature<br>L. Dale Ross CPA | Date<br>9.8.23 | Check ☐ if<br>self-employed | PTIN |
| Firm's name ▶ Ross and Champion CPA, P.C. | | | Firm's EIN ▶ | |
| Firm's address ▶ 3613 WILLIAMS DR STE 101<br>GEORGETOWN, TX 78628 | | | Phone no. 512-931-0001 | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

SPSA0112  09/14/22

Form **1120-S** (2022)

Form 1120-S (2022) Love Out Loud LLC        87-1044701     Page **2**

## Schedule B   Other Information   (see instructions)

| | | Yes | No |
|---|---|---|---|
| **1** Check accounting method:   **a** ☒ Cash    **b** ☐ Accrual    **c** ☐ Other (specify) _____ | | | |
| **2** See the instructions and enter the: | | | |
|   **a** Business activity Health Services _____    **b** Product or service Occupational Therapy ____ | | | |
| **3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . | | | X |
| **4** At the end of the tax year, did the corporation: | | | |
|   **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. . . . . . . . . . . . . . . . . . . . . . | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
|   **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. . . . | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . . . . . . . | | | X |
|    If "Yes," complete lines (i) and (ii) below. | | | |
|    **(i)** Total shares of restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
|    **(ii)** Total shares of non-restricted stock . . . . . . . . . . . . . . . . . . . . . . . . | | | |
|   **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . . | | | X |
|    If "Yes," complete lines (i) and (ii) below. | | | |
|    **(i)** Total shares of stock outstanding at the end of the tax year . . . . . . . . . . . . . . . . . . | | | |
|    **(ii)** Total shares of stock outstanding if all instruments were executed . . . . . . . . . . . . . . . | | | |
| **6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . | | | X |
| **7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . . . . ☐ | | | |
|    If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | | |
| **8** If the corporation **(a)** was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | | |
| **9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . | | | |
| **10** Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . . | | | X |
|   **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | X |
|   **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | | |
|   **c** The corporation is a tax shelter and the corporation has business interest expense. | | | |
|    If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). | | | |
| **11** Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . . . . | | | |
|   **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | | X |
|   **b** The corporation's total assets at the end of the tax year were less than $250,000. | | | |
|    If "Yes," the corporation is not required to complete Schedules L and M-1. | | | |

Form 1120-S (2022)  Love Out Loud LLC       87-1044701       Page **3**

| Schedule B | Other Information   (see instructions) *(continued)* | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions. . . . . | | X |
| 14a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . . . | | X |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the amount from Form 8996, line 15. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ | | |

| Schedule K | | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | -196,134. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| | 3a | Other gross rental income (loss). . . . . . . . . . . . . . . . . . . . . . **3a** | | |
| | b | Expenses from other rental activities (attach statement) . . . . . . . . . . . . . **3b** | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a. . . . . . . | **3c** | |
| | 4 | Interest income. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| | 5 | Dividends:  a Ordinary dividends. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5a** | |
| | | b Qualified dividends. . . . . . . . . . . . . . . . . . . . . . . **5b** | | |
| | 6 | Royalties. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)). . . . . . . . . . . . | **7** | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)). . . . . . . . . . . . | **8a** | |
| | b | Collectibles (28%) gain (loss). . . . . . . . . . . . . . . . . . . . . . . **8b** | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . . . . . . . **8c** | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797). . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| | 10 | Other income (loss) (see instructions) . . . . . . .  Type: | **10** | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| | 12a | Charitable contributions. . . . . . . . . . . . . . . . . . . . . . . . . . See Statement 2 | **12a** | 443. |
| | b | Investment interest expense. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12b** | |
| | c | Section 59(e)(2) expenditures. . . . . . . . . . . . .  Type: | **12c** | |
| | d | Other deductions (see instructions) . . . . . . . . . .  Type: | **12d** | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)). . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13a** | |
| | b | Low-income housing credit (other). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13b** | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable). . . . | **13c** | |
| | d | Other rental real estate credits (see instrs). . . . .  Type: | **13d** | |
| | e | Other rental credits (see instructions). . . . . . . . .  Type: | **13e** | |
| | f | Biofuel producer credit (attach Form 6478). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13f** | |
| | g | Other credits (see instructions). . . . . . . . . . . . .  Type: | **13g** | |
| **International** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance . . . . . . . . . . . | ☐ | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☒ | |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15a** | |
| | c | Depletion (other than oil and gas). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15b** | |
| | d | Oil, gas, and geothermal properties — gross income. . . . . . . . . . . . . . . . . . . . . . . | **15c** | |
| | e | Oil, gas, and geothermal properties — deductions. . . . . . . . . . . . . . . . . . . . . . . . | **15d** | |
| | f | Other AMT items (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15e** | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15f** | |
| | b | Other tax-exempt income. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16a** | |
| | c | Nondeductible expenses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16b** | |
| | d | Distributions (attach stmt if required) (see instrs) . . . . . . . . . . . . . . . . . . . . . . . . . | **16c** | |
| | e | Repayment of loans from shareholders. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16d** | |
| | f | Foreign taxes paid or accrued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16e** | |
| | | | **16f** | |

BAA       SPSA0134  09/14/22       Form **1120-S** (2022)

Form 1120-S (2022)  Love Out Loud LLC         87-1044701     Page **4**

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|
| Other Infor-mation | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement)      See Statement 3 | | |
| Recon-ciliation | 18 **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | 18 | -196,577. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash | | | | 3,582. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | ) | ( | ) |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt) See St. 4 | | | | |
| 7 | Loans to shareholders | | | | 9,338. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | 123,091. | |
| b | Less accumulated depreciation | ( | ) | ( 9,592.) | 113,499. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | ) | ( | ) |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | ) | ( | ) |
| 14 | Other assets (attach stmt) | | | | |
| 15 | Total assets | | 0. | | 126,419. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) | | | | 12,000. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | 310,496. |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | 500. |
| 24 | Retained earnings | | | | |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | -196,577. |
| 26 | Less cost of treasury stock | | ( | ) | ( ) |
| 27 | Total liabilities and shareholders' equity | | 0. | | 126,419. |

SPSA0134  09/14/22        Form **1120-S** (2022)

Form 1120-S (2022)  Love Out Loud LLC  87-1044701  Page 5

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books............. | -196,577. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest. $ _____ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation........ $ _____ | | a | Depreciation ... $ _____ | |
| b | Travel and entertainment $ _____ | | | | |
| | | | 7 | Add lines 5 and 6....................... | 0. |
| 4 | Add lines 1 through 3................. | -196,577. | 8 | Income (loss) (Schedule K, line 1R). Subtract line 7 from line 4.... | -196,577. |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account |
|---|---|

(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year............... | 0. | | | |
| 2 | Ordinary income from page 1, line 21........... | | | | |
| 3 | Other additions................................. | | | | |
| 4 | Loss from page 1, line 21...................... | ( 196,134.) | | | |
| 5 | Other reductions....See Statement 5 ...... | ( 443.) | | | |
| 6 | Combine lines 1 through 5 .................... | -196,577. | | ( ) |
| 7 | Distributions.................................. | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6........ | -196,577. | | | |

SPSA0134  09/14/22

Form 1120-S (2022)

**Form 1125-E**
(Rev October 2016)
Department of the Treasury
Internal Revenue Service

### Compensation of Officers

► Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
► Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| Love Out Loud LLC | 87-1044701 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| 1 | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| | Kaylyn Vranich | L | 100 % | 0.00 % | % | 22,826. |
| | Debra Trujillo | | 100 % | 0.00 % | % | 88,466. |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

2  Total compensation of officers ................................................................ | 111,292.

3  Compensation of officers claimed on Form 1125-A or elsewhere on return ..........................

4  Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return ........................................................ | 111,292.

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev 10-2016)

CPCA2101L  08/18/16

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) **Attach to your tax return.** Go to *www.irs.gov/Form4562* for instructions and the latest information. | OMB No. 1545-0172 **2022** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | | Attachment Sequence No. **179** |

| Name(s) shown on return | Identifying number |
|---|---|
| Love Out Loud LLC | 87-1044701 |

Business or activity to which this form relates

Form 1120S

### Part I  Election To Expense Certain Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 1,080,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,700,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instrs | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 | 13 | |

Note: Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II  Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III  MACRS Depreciation (Don't include listed property. See instructions.)

#### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 | 17 | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | ☐ | |

#### Section B — Assets Placed in Service During 2022 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | 37,000. | 7 | HY | 200DB | 5,287. |
| d 10-year property | | | | | | |
| e 15-year property | | 86,091. | 15 | HY | 150DB | 4,305. |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

#### Section C — Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 30-year | | | 30 yrs | MM | S/L | |
| d 40-year | | | 40 yrs | MM | S/L | |

### Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 9,592. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA  For Paperwork Reduction Act Notice, **see separate instructions.**    FDIZ0812L  06/28/22    Form 4562 (2022)

Form **8879-CORP**

(December 2022)

Department of the Treasury
Internal Revenue Service

**E-file Authorization for Corporations**

For calendar year 20 22 , or tax year beginning _ _ _ _ , 20 _ _ , ending _ _ _ _ , 20 _ _
Use for efile authorizations for Form 1120, 1120-F or 1120S.
**Do not send to the IRS. Keep for your records.**
Go to *www.irs.gov/Form8879CORP* for the latest information.

OMB No. 1545-0123

Name of corporation: Love Out Loud LLC

Employer identification number: 87-1044701

## Part I | Information (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) . . . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| 2 | Total income (Form 1120-F, Section II, line 11) . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Total income (loss) (Form 1120-S, line 6) . . . . . . . . . . . . . . . . . . . . . | **3** | 1,875,041. |

## Part II | Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's electronic income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgment of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize Ross and Champion CPA, P.C. to enter my PIN _____ as my signature
   ERO firm name                                           do not enter all zeros

on the corporation's electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's electronically filed income tax return.

Officer's signature _____ Date _____ Title Owner

## Part III | Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
                                                                                                    do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature  L. Dale Ross CPA                                         Date _____

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

BAA  For Paperwork Reduction Act Notice, see instructions.     CPCA9401L 01/04/23     Form **8879-CORP** (12-2022)